**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>THOMAS A LEPITRE<br>KAREN D LEPITRE<br>Debtor(s) | Case No. 11-50174 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2011.

2) The plan was confirmed on 03/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/12/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 05/19/2014.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $25,309.55.

10) Amount of unsecured claims discharged without payment: $35,502.74.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,189.03 |
| Less amount refunded to debtor | $671.65 |
| **NET RECEIPTS:** | **$28,517.38** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,436.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,436.03** |

Attorney fees paid and disclosed by debtor:      $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ACL LABORATORIES | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 180.20 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 298.07 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 109.94 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 222.87 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 57.46 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ARCHER BOOKKEEPING | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ALLERGISTS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES UROLOGICAL SPEC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| BIELINSKI DERMATOLOGY GRP | Unsecured | 51.74 | NA | NA | 0.00 | 0.00 |
| BIOFEEDBACK & THERAPY CTR | Unsecured | 49.74 | NA | NA | 0.00 | 0.00 |
| BIOFEEDBACK & THERAPY CTR | Unsecured | 11.82 | NA | NA | 0.00 | 0.00 |
| BRIDGEVIEW FIRE DEPT | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR CONSULTANTS | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| CARDMAKER | Unsecured | 23.95 | NA | NA | 0.00 | 0.00 |
| CARE STATION PHYSICIANS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CARE STATION PHYSICIANS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CARE STATION PHYSICIANS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CASH KING ADVANCE | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 237.73 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 936.32 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 254.10 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 253.78 | NA | NA | 0.00 | 0.00 |
| COMMUNITY PROPERTY MGMT | Unsecured | 8,531.00 | NA | NA | 0.00 | 0.00 |
| CONCENTRA IMMEDIATE CARE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| COUNSELING ASSOCIATES PROFESS | Unsecured | 218.60 | NA | NA | 0.00 | 0.00 |
| DENTAL WORKS | Unsecured | 130.40 | NA | NA | 0.00 | 0.00 |
| DUKANE ALLERGY ASSOC | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| DUKANE ALLERGY MASTHMA ASSC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DUPAGE MEDICAL GROUP | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| EARLY INTERVENTION | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 12,464.20 | 12,464.20 | 12,464.20 | 0.00 |
| ED FINANCIAL | Unsecured | 11,853.67 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPTIAL ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN ORTHOPEDIC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS FINANCIAL SVC | Secured | 7,234.44 | 7,169.62 | 7,169.62 | 7,169.62 | 556.89 |
| FIRST MIDWEST BANK | Unsecured | 1,188.51 | NA | NA | 0.00 | 0.00 |
| GERALD CAHILL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| KIDANU BIRHANU MD SC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO AFFLIATED PHYSICIANS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 534.43 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MEIER CLINICS OF ILLINOIS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MEYER EYECARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MIDAMERICA CARDIOVASCULAR | Unsecured | 180.30 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 345.11 | 243.06 | 243.06 | 243.06 | 0.00 |
| NICOR GAS | Unsecured | 45.52 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL | Unsecured | 716.71 | 716.71 | 716.71 | 716.71 | 0.00 |
| P M I DIAGNOSTIC IMAGING | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 100.33 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 16.60 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 315.92 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 34.17 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 95.90 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 100.90 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 16.60 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 327.60 | NA | NA | 0.00 | 0.00 |
| PARTYLITE | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRICS PARTNERS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE MAGAZINE | Unsecured | 110.77 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 489.52 | 489.52 | 489.52 | 489.52 | 0.00 |
| PRONGER SMITH MEDICAL ASSOCS | Unsecured | 48.20 | NA | NA | 0.00 | 0.00 |
| PRONGER SMITH MEDICAL ASSOCS | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CONSULTANTS SC | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CONSULTANTS SC | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CONSULTANTS SC | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,969.86 | 1,969.86 | 1,969.86 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE PSYCHIATRIC & COUNSE | Unsecured | 365.60 | NA | NA | 0.00 | 0.00 |
| RODALE | Unsecured | 44.72 | NA | NA | 0.00 | 0.00 |
| SARLAS AND SAVAS DDS LTD | Unsecured | 59.20 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 264.05 | 221.49 | 221.49 | 221.49 | 0.00 |
| SOURCE ONE MEDICAL | Unsecured | 50.70 | NA | NA | 0.00 | 0.00 |
| SOURCE ONE MEDICAL | Unsecured | 275.65 | NA | NA | 0.00 | 0.00 |
| SOUTHTOWNSTAR | Unsecured | 5.75 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST ALLERGY | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL INC | Unsecured | 460.80 | NA | NA | 0.00 | 0.00 |
| SURE ADVANCE | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| UROPARTNERS LLC | Unsecured | 113.60 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BEDFORD PARK | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | NA | 250.00 | 250.00 | 250.00 | 0.00 |
| VILLAGE OF CHICAGO RIDGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CHICAGO RIDGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CHICAGO RIDGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLIAGE ELK GROVE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VITO ALBERGA PC | Unsecured | 139.38 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,169.62 | $7,169.62 | $556.89 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,169.62** | **$7,169.62** | **$556.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,354.84** | **$16,354.84** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,436.03 |
| Disbursements to Creditors | $24,081.35 |
| **TOTAL DISBURSEMENTS :** | **$28,517.38** |

**UST Form 101-13-FR-S (09/01/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/29/2014                         By: /s/ Tom Vaughn
                                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**